STATE OF NEW JERSEY v. ROSALIE MARTINEZ.

July 10, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT GREEN.

July 10, 1985.

Petition for certification denied.

MICHELLE BRACKEL v. JAMES R. ISAIA.

July 10, 1985.

Petition for certification denied.

ELIZABETH CRIPPS v. ALVIN SNYDER AND NEW
JERSEY STATE POLICE.

July 10, 1985.

Petition for certification denied.